IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARLENE MIRELES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:16-CV-00157-DAE |
| STATE FARM LLOYDS AND AND KEVIN KERBOW | § § § § | |
| Defendants. | § | JURY REQUESTED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

MARLENE MIRELES, Plaintiff, and STATE FARM LLOYDS and KEVIN KERBOW, Pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate that this action is dismissed WITH PREJUDICE. The Parties also hereby agree and stipulate that all Parties shall be solely responsible for their own costs and attorney's fees incurred as a result of this action..

This Stipulation is effective as of the filing of this Stipulation of Dismissal with prejudice.

1

4831-1658-0652

Respectfully submitted,

| | |
|---|---|
| **Dated: March** 30**, 2016** | **Dated: March** 30**, 2016** |
| By: /s/ Wes Holland | By: /s/ Rachel R. Skinner |
| Wes Holland | Jane E. Bockus |
| wholland@anglawfirm.com | jbockus@dykema.com |
| William N. Allan, IV | Rachel R. Skinnr |
| wallan@anglawfirm.com | rskinner@dykema.com |
| **Allan, Nava, Glander & Holland, PLLC** | **Dykema Cox Smith** |
| 825 Bitters Road, Suite 102 | 112 E. Pecan St., Ste. 1800 |
| (210) 305-4220 – Office | San Antonio, Texas 78205 |
| (210) 305-4219 – Fax | 210-554-5500 – Telephone |
| | 210-226-8395 – Fax |
| *Attorneys for Plaintiff, Marlene Mireles* | *Attorneys for Defendants, State Farm Lloyds and Kevin Kerbow* |

## CERTIFICATE OF SERVICE

I certify that on March 30, 2016, I filed the foregoing electronically, using the Court's CM-ECF system, which will automatically send a copy of this filing to all persons who are registered to receive court filings in this action.

/s/ Wes Holland
Wes Holland

4831-1658-0652

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARLENE MIRELES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 5:16-CV-00157-DAE** |
| STATE FARM LLOYDS AND | § | |
| AND KEVIN KERBOW | § | |
| | § | |
| Defendants. | § | **JURY REQUESTED** |

## ORDER OF DISMISSAL

On this day the Court considered Marlene Mireles', Plaintiff's, Stipulation of Dismissal with prejudice.

Accordingly, it is **ORDERED** that all claims by Marlene Mireles against State Farm Lloyds and Kevin Kerbow in the above-styled and numbered cause are hereby dismissed with prejudice.

Furthermore, it is **ORDERED** that State Farm Lloyds and Kevin Kerbow are hereby dismissed from the above-styled and numbered cause.

The parties shall bear their own costs and legal fees.

This Order disposes of all parties and all claims and is therefore final.

SIGNED AND ENTERED this _____ day of _____ 2016.

_____
DAVID EZRA
UNITED STATES DISTRICT JUDGE

4831-1658-0652